FILED
DISTRICT OF NEBRASKA
AT_____M
OCT 24 1978 — 34
William L. Olson, Clerk
By_____Deputy

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

DONALD JOHNSON, SR.,               )
                                   )
                Plaintiff,         )      CIV. 77-L-251
                                   )
        v.                         )
                                   )
JOSEPH VITEK, et al.,              )      ORDER
                                   )
                Defendants.        )

　　　　IT IS HEREBY ORDERED that the medical records of Donald Johnson submitted to the Court by the defendants shall be filed and sealed until further order of this Court, with the following exceptions: The Clerk of the Court is directed that these records may be made available to the plaintiff's attorney without any additional orders.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JUDGE, UNITED STATES DISTRICT COURT

Medical Record Sealed — in Vault